| | |
|---|---|
| NANCY CURRY, CH 13 TRUSTEE<br>1000 WILSHIRE BLVD., SUITE 870<br>LOS ANGELES, CA 90017<br>Telephone: (213) 689-3014 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION** | |
| In re:<br><br>**MEADOWS, TIMOTHY WILLIAM**<br><br>                                                            Debtor | **Chapter 13 Case No. LA 2:25-bk-13770-VZ** |

**TRUSTEE'S DECLARATION THAT DEBTOR FAILED TO APPEAR FOR EXAMINATION.**

I, Nancy Curry, do hereby declare and state as follows.

1. I am the Trustee appointed with respect to Chapter 13 Case No. LA 2:25-bk-13770-VZ, MEADOWS, TIMOTHY WILLIAM , (the "debtor").

2. The §341(a) debtor examination was scheduled for June 12, 2025 at 11:00 AM.

3. The debtor failed to appear for examination.

4. A review of my records reflects that no plan payments have been received.

I declare under penalty of perjury that the above is true and correct.

Executed on June 13, 2025 at Los Angeles, California.

                                                                                                   /s/ Nancy Curry, Chapter 13 Trustee


On June 13, 2025, a copy of this has been filed with the Court and served on

       MEADOWS, TIMOTHY WILLIAM                    IN PRO PER

       1121 S DOLPHIN ST
       SAN PEDRO, CA 90732                                          ,    -

I declare that the foregoing is true and correct.

Executed on June 13, 2025 at Los Angeles, California.          /s/ Carlos Robles